# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| LANA VARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 17-cv-00213 |
| ) | Judge: Frederick J. Kapala |
| SERVICOM LLC, a foreign corporation, ) | Magistrate: Iain D. Johnston |
| and JNET COMMUNICATIONS, LLC a ) | |
| foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lana Varner by and through her attorneys, Malkinson & Halpern, P.C., and Defendants, Servicom, LLC, and JNET Communications, LLC, by and through its attorneys, Jackson Lewis, P.C., hereby stipulate to the dismissal of Plaintiff's lawsuit, with prejudice, with each party to bear its own fees and costs, pursuant to the Parties mutually executed Settlement Agreement.

Consented to,

By: s/Meredith W. Buckley _____

Meredith W. Buckley
MALKINSON & HALPERN, P.C.
33 N. Dearborn Street, Suite 1540
Chicago, Illinois 60602
Telephone: 312.427.9600
Facsimile: 312.750.1912
mbuckley@mhtriallaw.com

*Attorneys for Lana Varner*

Dated: August 22, 2018

Consented to,

By: s/Nadine Abrahams

Nadine Abrahams
JACKSON LEWIS, P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: 312.787.4949
Fascimile: 312.787.4995
Nadine.abrahams@jacksonlewis.com

*Attorneys for Servicom, LLC and JNET Communications, LLC*

Dated: August 22, 2018